UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:11CR370 |
| V. | ORDER |
| HARVEY LEE MUNGRO, JR | |

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 50 ) Motion to Seal Government's Response to Defendant's Motion for Release (Doc. No 49).

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.50) is **GRANTED.**

Signed: October 6, 2021

Frank D. Whitney
United States District Judge